UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARCELINO ALEJANDRO DORANTES MARIN (A-Number: 200-138-968),

Petitioner,

v.

WARDEN, Mesa Verde Detention Center; DIRECTOR OF SAN FRANSISCO FIELD OFFICE, U.S. Immigration and Customs Enforcement,

Respondents.

No.  1:26-cv-02691-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING REQUEST TO DISMISS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Docs. 1, 11, 12

Petitioner Marcelino Alejandro Dorantes Marin is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and denying respondents' request to dismiss the petition. Doc. 12.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On July 2, 2026, respondents filed a two-sentence objection, relying "on the arguments previously presented." Doc. 13.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations, Doc. 12, are ADOPTED in full.

2. Respondents' request to dismiss, Doc. 11, is DENIED.

3. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

4. If respondents seek to re-detain petitioner, they must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   July 7, 2026

_____
UNITED STATES DISTRICT JUDGE

2